IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| CHARLES KNIGHT | § | |
| v. | § | CIVIL ACTION NO. 6:07cv70 |
| WARDEN FOXWORTH, ET AL. | § | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE ON PLAINTIFF'S MOTIONS FOR INJUNCTIVE RELIEF

  The Plaintiff Charles Knight, proceeding *pro se*, filed this civil rights lawsuit under 42 U.S.C. §1983 complaining of alleged deprivations of his constitutional rights. This Court ordered that the cases be referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1) and (3) and the Amended Order for the Adoption of Local Rules for the Assignment of Duties to United States Magistrate Judges.

  Knight has filed four motions which in effect seek injunctive relief. Each of these motions states that prison officials are involved in a conspiracy to kill him, because they have placed an unknown inmate enemy or enemies near him. He says that these inmate enemies have followed him from unit to unit, that guards have other inmates chanting his name and his enemies' names, and that officers come look into his cell and then go tell his enemies what he is doing. These enemies have followed him from the Stiles Unit to the Darrington Unit, the Allred Unit, and now the Skyview Unit, but Knight does not indicate that he has ever been assaulted by other inmates.

  On March 8, 2007, the Magistrate Judge issued a Report recommending that the four motions for injunctive relief be denied. A copy of this Report was sent to Knight at his last known address, return receipt requested, but no objections have been received; accordingly, he is barred from *de novo* review by the district judge of those findings, conclusions, and recommendations and, except

upon grounds of plain error, from appellate review of the unobjected-to factual findings and legal conclusions accepted and adopted by the district court. <u>Douglass v. United Services Automobile Association</u>, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

The Court has reviewed the pleadings in this cause and the Report of the Magistrate Judge and has determined that this Report is correct. It is accordingly

ORDERED that the Report of the Magistrate Judge is ADOPTED as the opinion of the District Court. It is further

ORDERED that the Plaintiff's motions for protection (docket no. 3), for relief from dangerous environment (docket no. 9), for relief from danger (docket no. 11) and to be removed from a dangerous situation (docket no. 14), which motions have been construed as seeking injunctive relief, are hereby DENIED.

**SIGNED this 30th day of March, 2007.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE